United States District Court
Southern District of Texas
**ENTERED**
March 29, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

No. 3:23-341

GEORGE L. GRIMES, SPN # 257018, PLAINTIFF,

v.

GALVESTON COUNTY COURT, *ET AL.*, DEFENDANTS.

## FINAL JUDGMENT

JEFFREY VINCENT BROWN, *UNITED STATES DISTRICT JUDGE*:

For the reasons stated in the memorandum opinion and order entered this day, this civil action is dismissed pursuant to 28 U.S.C. § 1915A(b) & 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failure to state a claim upon which relief can be granted.

**The Clerk will provide a copy of this order to the plaintiff.**

Signed on Galveston Island this  29th  day of   March      , 2024.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE